UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-850-JVS (KK) | Date | July 18, 2014 |
|---|---|---|---|
| Title | ABELARDO MONTOYA V. JOHN DOE ET AL. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Comply with Local Rule 41-6

On March 28, 2014, plaintiff Abelardo Montoya, a California prisoner proceeding pro se, filed a third amended complaint alleging a violation of his civil rights under 42 U.S.C. § 1983. On May 30, 2014, the Court issued two orders relating to service of process, along with a summons to one of the defendants named in the complaint. The Court mailed those orders and summons to plaintiff at his address of record, the California Institution for Men (CIM) in Chino, California. Those mailings were returned to the court undelivered on June 18 and 19, 2014, with statements on the envelopes that Mr. Montoya is no longer incarcerated at CIM, since he has been discharged or paroled.

Mr. Montoya has not informed the Court of his change of address. Consequently, this case may be dismissed under Local Rule 41-6, which states:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **August 1, 2014**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with Local Rule 41-6. Plaintiff is cautioned that his failure to timely file a response to this Order will be deemed by the court as consent to the dismissal of this action.