JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MONTOYA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRENDA CASH, et al.,<br><br>  Defendant. | Case No. EDCV 13-00850-JVS (KK)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

DATED: July 31, 2014

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE